# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| EDWIN GEORGE COOPER | Case Number: 8:05-cr-241-T-24MSS |
| | USM Number: 42948-018 |
| | A. Mauricio Hued, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _One, Two and Three_ of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1. | New conviction for conduct, Possession of Marijuana, occurring on July 11, 2008 while on supervision, in violation of the conditions of supervision. | July 11, 1008 |
| 2. | New criminal conduct, Illegal re-entry into the United States after Deportation for an Aggravated Felony in violation of 8 USC §1326(a) and (b), occurring on or about July 11, 2008 while on supervision, in violation of the conditions of supervision. | July 11, 2208 |
| 3. | Illegal re-entry into the United States without the express permission of the appropriate governmental authority in violation of the special conditions of supervision. | July 11, 2008 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 10, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

March 10, 2009
Date

DEFENDANT: EDWIN GEORGE COOPER
CASE NUMBER: 8:05-CR-241-T-24MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *TEN (10) Months*.

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ___ at _____ a.m.   p.m. on _____.

   ___ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

   ___ before 2 p.m. on _____.

   ___ as notified by the United States Marshal.

   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL